Anthony J. Dain (Bar No. 98947)
anthony.dain@procopio.com
Frederick K. Taylor (Bar No. 159838)
fred.taylor@procopio.com
Dave Deonarine (Bar No. 243733)
dave.deonarine@procopio.com
Raymond K. Chan (Bar No. 220534)
raymond.chan@procopio.com
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
525 "B" Street, Suite 2200
San Diego, CA  92101-4469
Telephone:     (619) 238-1900
Facsimile:     (619) 235-0398

Attorneys for Plaintiff KANEKA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KANEKA CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNO & COMPANY, LTD.,<br><br>　　　　Defendant. | Case No. 4:18-cv-06595 JSW<br><br>**PLAINTIFF KANEKA CORPORATION'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)**<br><br>Judge:　Hon. Jeffrey S. White<br>Ctrm:　5, 2nd Fl.<br><br>Complaint filed: October 29, 2018<br>Trial date:　none set |
|---|---|

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kaneka Corporation, by and through its undersigned counsel, hereby voluntarily dismisses the above-captioned action in its entirety and with prejudice.

DATED: March 11, 2019                    PROCOPIO, CORY, HARGREAVES AND
                                         SAVITCH LLP


                                         By:  /s/ *Frederick K. Taylor*
                                              Frederick K. Taylor

                                         Anthony J. Dain
                                             anthony.dain@procopio.com
                                         Frederick K. Taylor
                                             fred.taylor@procopio.com
                                         Dave Deonarine
                                             dave.deonarine@procopio.com
                                         Raymond K. Chan
                                             raymond.chan@procopio.com

                                         PROCOPIO, CORY, HARGREAVES AND
                                           SAVITCH LLP
                                         525 B Street, Suite 2200
                                         San Diego, California 92101
                                         Telephone No.:    (619) 238-1900
                                         Facsimile No.:    (619) 235-0398

                                         Attorneys for Plaintiff
                                         KANEKA CORPORATION